An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK STILE, M.D.; PREMIUM SURGICAL SERVICES CENTER, LLC; NANCY GRIFFITH; AND SHANNON GROVER,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RONALD J. ISRAEL, DISTRICT JUDGE,
Respondents,
and
ESTATE OF ILEEN OSORNIO, DECEASED; ROSE FERNANDEZ, AS SPECIAL ADMINISTRATOR FOR ESTATE OF ILEEN OSORNIO; ANGEL ANTHONY GANDARILLA, MINOR CHILD OF ILEEN OSORNIO, THROUGH HER GUARDIAN ROSE FERNANDEZ; AND LEANNA ROSE WILLS AND MONTRAIL WILLS, JR., BOTH MINOR CHILDREN OF ILEEN OSORNIO, BY AND THROUGH THEIR NATURAL GUARDIAN, MONTRAIL WILLS,
Real Parties in Interest.

No. 65015

**FILED**

JUL 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION FOR WRIT OF MANDMAUS OR PROHIBITION

Pursuant to the stipulation of the parties, this petition for a writ of mandamus or prohibition is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Harriet Cummings

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-22789

cc: Hon. Ronald J. Israel, District Judge
Rands & South & Gardner/Reno
Prindle Amaro Goetz Hillyard Barnes & Reinholtz, LLP
Law Office of Daniel S. Simon
Marshall Law Firm
Nettles Law Firm
Eighth District Court Clerk